[ ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

___

**In re:**                                                                                               **Case No.**

marcus dixon

**Debtor(s).**                                                                                        **Chapter 13**

___

**CHAPTER 13 PLAN**

___

**ADDRESS:** (1) 6865 club lane                    (2) _____
            Memphis, TN 38115                    _____

**PLAN PAYMENT:**

  **DEBTOR (1)** shall pay $ 75_____  ( ) weekly, (✓) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

  (✓) **PAYROLL DEDUCTION** from: boise cascade_____  **OR**  ( ) **DIRECT PAY**.
                                   suite 3000 1111 w jefferson
                                   boise id 83702

  **DEBTOR (2)** shall pay $ _____  ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

  ( ) **PAYROLL DEDUCTION** from: _____  **OR**  ( ) **DIRECT PAY**.

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**                     ( ) YES  (✓) NO

   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE**                ( ) YES  (✓) NO
       **COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**

   (C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**                   ( ) YES  (✓) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** (✓) Included in Plan; **OR** ( ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:        Monthly Plan Payment:

   juv court - green_____; ongoing payment begins income assignment_____   $ income assignment____
                  Approximate arrearage: _____        $ _____
   juv court - simmons_____; ongoing payment begins income assignment_____   $ income assignment____
                  Approximate arrearage: _____        $ _____

5. **PRIORITY CLAIMS:**
   _____  Amount: _____  $ _____
   _____  Amount: _____  $ _____

6. **HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   _____; ongoing payment begins _____   $ _____
           Approximate arrearage: _____ Interest _____%           $ _____
   _____; ongoing payment begins _____   $ _____
           Approximate arrearage: _____ Interest _____%           $ _____

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]       Value of Collateral:     Rate of Interest:     Monthly Plan Payment:
   _____  _____  _____%   $ _____
   _____  _____  _____%   $ _____
   _____  _____  _____%   $ _____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325(a)]

| | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| title loan of memphis | 4000 | 5.25 % | $ 100 |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____    Collateral: _____
_____    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| | | % | $ |
| | | % | $ |
| | | % | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____    ( ) Not provided for    OR    ( ) General unsecured creditor
_____    ( ) Not provided for    OR    ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
_____
_____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** _____.

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, OR,

(✓) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____    ( ) Assumes    OR    ( ) Rejects.
_____    ( ) Assumes    OR    ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately  60  months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
_____
_____
_____.

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/Thomas C. Fila    DATE: 1/23/19
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**